Thomas W. McNamara
info@regulatoryresolutions.com
Regulatory Resolutions
501 West Broadway, Suite 2020
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Court-Appointed Receiver*

Daniel M. Benjamin (SBN 209240)
dbenjamin@mcnamarallp.com
Andrew W. Robertson (SBN 62541)
arobertson@mcnamarallp.com
Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Benjamin LLP
501 West Broadway, Suite 2020
San Diego, California 92101
Telephone: 619-269-0400
Facsimile: 619-269-0401

*Attorneys for Receiver*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PLCMGMT LLC, dba PROMETHEUS LAW, JAMES A. CATIPAY, and DAVID A. ALDRICH,<br><br>Defendants. | Case No. 2:16-cv-02594-TJH (FFMx)<br><br>**NOTICE OF FIRST INTERIM FEE APPLICATION OF RECEIVER**<br><br>Judge: Hon. Terry J. Hatter, Jr.<br>Ctrm.: 17<br>Date: January 9, 2017<br>Time: UNDER SUBMISSION |

1  Thomas W. McNamara, court-appointed Receiver ("Receiver"), was
2  appointed by Preliminary Injunction entered April 26, 2016 (ECF No. 20). The
3  Preliminary Injunction directs that, "[a]ll applications for costs, fees, and expenses
4  for services rendered in connection with the receivership other than routine and
5  necessary business expenses in conducting the receivership, such as salaries, rent,
6  and any and all other reasonable operating expenses, shall be made by application
7  setting forth in reasonable detail the nature of the services and shall be heard by the
8  Court." (Section XIII, pages 11-12.)

9  Further, Section VIII(F) of the Preliminary Injunction directs the Receiver to
10 "choose, engage, and employ attorneys, accountants, appraisers, and other
11 independent contractors and technical specialists, as the permanent receiver deems
12 advisable or necessary in the performance of duties and responsibilities under the
13 authority granted by this Order, including but not limited to the law firm in which
14 the permanent receiver is a partner."

15 The Receiver now submits this First Interim Fee Application for approval to
16 pay the following for services during the period of April 26, 2016 through October
17 31, 2016: $83,353.50 fees and $502.51 expenses of the Receiver and staff to be
18 paid to Thomas W. McNamara dba Regulatory Resolutions; $74,330 fees and
19 $3,057.33 expenses of the Receiver's counsel, McNamara Benjamin LLP;
20 $45,787.50 fees to the Receiver's forensic accountant, Alliance Turnaround
21 Management, Inc.; $3,428.01 fees to the Receiver's computer forensic expert,
22 Hadron Computer Forensics & Investigations; $390.00 fees and $168.63 expenses
23 to the Receiver's private investigators, Baker Street Group, Inc.; and $1,950.00 to
24 the Law Office of Michael D. Liuzzi.

25 These requested fees and expenses, and the invoices regarding them, are
26 detailed and reviewed in the Declaration of Thomas W. McNamara filed with this
27 Application.
28 ///

1  This Application is made pursuant to Section XIII of the Preliminary
Injunction and is based upon this Notice of Application, the Declaration of Thomas
W. McNamara, and upon such other pleadings and oral and documentary evidence
as may be presented at or before the time of the hearing on the Application.

Dated: December 1, 2016    MCNAMARA BENJAMIN LLP

             By: /S/ Andrew W. Robertson
                Andrew W. Robertson
                Attorneys for the Receiver

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2016, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

I further certify that I have caused the foregoing to be mailed by First Class Mail, postage paid, to the following non-CM/ECF participants:

> Beverly Yadao Palacio
> 1130 South Flower, Suite 310
> Los Angeles CA 90015

                                         S/ Andrew W. Robertson
                                         Andrew W. Robertson