Thomas W. McNamara
info@regulatoryresolutions.com
Regulatory Resolutions
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Court-Appointed Receiver*

Daniel M. Benjamin (SBN 209240)
dbenjamin@mcnamarallp.com
Andrew W. Robertson (SBN 62541)
arobertson@mcnamarallp.com
Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PLCMGMT LLC, dba PROMETHEUS LAW, JAMES A. CATIPAY, and DAVID A. ALDRICH,<br><br>Defendants. | Case No. 2:16-cv-02594-TJH (FFMx)<br><br>**NOTICE OF SECOND INTERIM FEE APPLICATION OF RECEIVER**<br><br>Judge:   Hon. Terry J. Hatter, Jr.<br>Ctrm.:   9B<br>Date:    October 16, 2017<br>Time:    UNDER SUBMISSION |

Thomas W. McNamara, court-appointed Receiver ("Receiver"), was appointed by Preliminary Injunction entered April 26, 2016 (ECF No. 20). The Preliminary Injunction directs that, "[a]ll applications for costs, fees, and expenses for services rendered in connection with the receivership other than routine and necessary business expenses in conducting the receivership, such as salaries, rent, and any and all other reasonable operating expenses, shall be made by application setting forth in reasonable detail the nature of the services and shall be heard by the Court." (Section XIII, pages 11-12.)

Further, Section VIII(F) of the Preliminary Injunction directs the Receiver to "choose, engage, and employ attorneys, accountants, appraisers, and other independent contractors and technical specialists, as the permanent receiver deems advisable or necessary in the performance of duties and responsibilities under the authority granted by this Order, including but not limited to the law firm in which the permanent receiver is a partner."

The Receiver now submits this Second Interim Fee Application for approval to pay the following for services during the period of November 1, 2016 through July 31, 2017: $58,618.50 fees and $529.38 expenses of the Receiver and staff to be paid to Thomas W. McNamara dba Regulatory Resolutions; $126,441 fees and $7,217.06 expenses of the Receiver's counsel, McNamara Smith LLP (which was previously known as McNamara Benjamin LLP until June 1, 2017).

These requested fees and expenses, and the invoices regarding them, are detailed and reviewed in the Declaration of Thomas W. McNamara filed with this Application.

///
///
///
///
///

1  This Application is made pursuant to Section XIII of the Preliminary
2  Injunction and is based upon this Notice of Application, the Declaration of Thomas
3  W. McNamara, and upon such other pleadings and oral and documentary evidence
4  as may be presented at or before the time of the hearing on the Application.

6  Dated:  September 7, 2017                    MCNAMARA SMITH LLP

                                               By:   /s/ Andrew W. Robertson
                                                     Andrew W. Robertson
                                                     Attorneys for the Receiver

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

I further certify that I have caused the foregoing to be mailed by First Class Mail, postage paid, to the following non-CM/ECF participants:

> Beverly Yadao Palacio
> 1130 South Flower Suite 310
> Los Angeles, CA 90015
>
> Santiago Cuellar
> 1709 Christian Court
> Weslaco, TX 78596

 /s/ Andrew W. Robertson
Andrew W. Robertson