Thomas W. McNamara
info@regulatoryresolutions.com
Regulatory Resolutions
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Court-Appointed Receiver*

Andrew W. Robertson (SBN 62541)
arobertson@mcnamarallp.com
Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PLCMGMT LLC, dba PROMETHEUS LAW, JAMES A. CATIPAY, and DAVID A. ALDRICH,<br><br>　　　　　　Defendants. | Case No. 2:16-cv-02594-TJH (FFMx)<br><br>**NOTICE OF RECEIVER'S MOTION FOR APPROVAL OF PROCEDURES FOR FINAL DETERMINATION OF INVESTOR CLAIMS AND FIRST INTERIM DISTRIBUTION TO INVESTORS**<br><br>Judge:　Hon. Terry J. Hatter, Jr.<br>Ctrm.:　9B<br>Date:　UNDER SUBMISSION<br>Time:　UNDER SUBMISSION |

1  Thomas W. McNamara, as the court-appointed Receiver for Defendant
2  PLCMGMT LLC, dba Prometheus Law ("Receiver"), appointed by Preliminary
3  Injunction entered April 26, 2016 (ECF No. 20), hereby moves for an Order
4  approving (1) Procedures for the Receiver's Final Determination of Investor
5  Claims and Pro Rata Distributions to Investors with Approved Claims which
6  procedures are set forth in their entirety as Exhibit A to the Memorandum of Points
7  and Authorities filed herewith; and (2) approval of a first interim distribution
8  totaling $1,056,435 which shall be allocated pro rata to each investor with an
9  approved claim.

10  This motion is based upon this Notice of Motion, the Memorandum of
11  Points and Authorities, and upon such other pleadings and oral and documentary
12  evidence as may be presented at or before a hearing on the motion.

14  Dated:  December 12, 2017            MCNAMARA SMITH LLP

                                        By: /s/ Andrew W. Robertson
                                            Andrew W. Robertson
                                            Attorneys for the Receiver

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

I further certify that I have caused the foregoing to be mailed by First Class Mail, postage paid, to the following non-CM/ECF participants:

Beverly Yadao Palacio
1130 South Flower Suite 310
Los Angeles, CA 90015

Santiago Cuellar
1709 Christian Court
Weslaco, TX 78596

 /s/ Andrew W. Robertson
Andrew W. Robertson