Andrew W. Robertson (SBN 62541)
arobertson@mcnamarallp.com
Edward Chang (SBN 268204)
echang@mcnamarallp.com
McNamara Smith LLP
655 West Broadway, Suite 1600
San Diego, California 92101
Telephone: 619-269-0400
Facsimile:  619-269-0401

*Attorneys for Receiver,*
*Thomas W. McNamara*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLCMGMT LLC, dba PROMETHEUS LAW, JAMES A. CATIPAY, and DAVID A. ALDRICH,<br><br>　　　　　Defendants. | Case No. 2:16-cv-02594-TJH (FFMx)<br><br>**NOTICE OF SECOND INTERIM DISTRIBUTION TO INVESTORS**<br><br>Judge:　　Hon. Terry J. Hatter, Jr.<br>Ctrm.:　　9B |

1  NOTICE IS HEREBY GIVEN that, on August 23, 2018, Thomas W.
2  McNamara, as the court-appointed Receiver for Defendant PLCMGMT LLC, dba
3  Prometheus Law ("Receiver") made a second interim distribution in the total
4  amount of $234,813.38 to investors with approved claims.  Each investor received
5  a distribution equal to 2% of their approved claim.  At this point, investors have
6  received 11% of their approved claims.

8  Dated:  August 27, 2018          MCNAMARA SMITH LLP

                                    By:  /s/ Edward Chang
                                         Edward Chang
                                         Attorneys for the Receiver

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all participants in the case who are registered CM/ECF users.

 /s/ Edward Chang
Edward Chang