# EXHIBIT A

**STANDARDIZED FUND ACCOUNTING REPORT for Prometheus Law Receivership-Cash Basis**
SEC v. PLCMGMT LLC, dba Prometheus Law, et al., Case No. 2:16-cv-02594-TJH (FFMx)
Reporting Period 4/26/2016 to 8/21/2020

| | FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (as of April 26, 2016): | $ - | $ - | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $ 287,595.24 | | $ 287,595.24 |
| Line 3 | Cash and Securities | $ 98,654.05 | | $ 98,654.05 |
| Line 4 | Interest/Dividend Income | | | |
| Line 5 | Business Asset Liquidation | $ 1,214,436.28 | | $ 1,214,436.28 |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | $ 514,477.86 | | $ 514,477.86 |
| Line 8 | Miscellaneous - Other | | | |
| | Total Funds Available (Lines 1 – 8): | $ 2,115,163.43 | $ - | $ 2,115,163.43 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $ 1,291,473.62 | | $ 1,291,473.62 |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $ 265,370.67 | | $ 265,370.67 |
| Line 10b | Business Asset Expenses | $ 48,014.52 | | $ 48,014.52 |
| Line 10c | Personal Asset Expenses | | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | $ 321,551.33 | | $ 321,551.33 |
| | 2. Litigation Expenses | $ 7,936.24 | | $ 7,936.24 |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | | | |
| | Total Disbursements for Receivership Operations | $ 1,934,346.38 | | $ 1,934,346.38 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………………..…………….. | | | |
| | Independent Distribution Consultant (IDC)…………. | | | |
| | Distribution Agent…………….…..…………….....… | | | |
| | Consultants…………………….…....……………….. | | | |
| | Legal Advisers……………….……………………….. | | | |
| | Tax Advisers…………………….…..………………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | | | |
| | Fund Administrator…………….….………….....…… | | | |
| | IDC………………….……………….……….....……… | | | |
| | Distribution Agent………………….……………..…… | | | |
| | Consultants…………………….……………...……….. | | | |
| | Legal Advisers…………………….…………....……… | | | |
| | Tax Advisers…………………….……………………… | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| | Notice/Publishing Approved Plan………….…..…… | | | |
| | Claimant Identification………………….…………..…… | | | |
| | Claims Processing…………….……………………… | | | |
| | Web Site Maintenance/Call Center………………….. | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | $ 188.64 | | $ 188.64 |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | Total Disbursements for Distribution Expenses Pa | $ 188.64 | | $ 188.64 |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | Total Funds Disbursed (Lines 9 – 11): | $ 1,934,535.02 | | $1,934,535.02 |
| Line 13 | Ending Balance (as of 8/21/2020): | $ 180,628.41 | $ - | $ 180,628.41 |

1

EXHIBIT A
Page 3

STANDARDIZED FUND ACCOUNTING REPORT for Prometheus Law Receivership-Cash Basis
SEC v. PLCMGMT LLC, dba Prometheus Law, et al., Case No. 2:16-cv-02594-TJH (FFMx)
Reporting Period 4/26/2016 to 8/21/2020

| Line 14 | Ending Balance of Fund – Net Assets: | | | | |
|---|---|---|---|---|---|
| Line 14a | Cash & Cash Equivalents | $ 180,628.41 | | | $ 180,628.41 |
| Line 14b | Investments | | | | |
| Line 14c | Other Assets or Uncleared Funds | | | | |
| | Total Ending Balance of Fund – Net Assets | $ 180,628.41 | | $ - | $ 180,628.41 |

| OTHER SUPPLEMENTAL INFORMATION: | | | | |
|---|---|---|---|---|
| | | Detail | Subtotal | Grand Total |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator............................ | | | |
| |     IDC.................................................. | | | |
| |     Distribution Agent............................. | | | |
| |     Consultants....................................... | | | |
| |     Legal Advisers.................................. | | | |
| |     Tax Advisers.................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator............................ | | | |
| |     IDC.................................................. | | | |
| |     Distribution Agent............................. | | | |
| |     Consultants....................................... | | | |
| |     Legal Advisers.................................. | | | |
| |     Tax Advisers.................................... | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan.................. | | | |
| |     Claimant Identification............................. | | | |
| |     Claims Processing.................................. | | | |
| |     Web Site Maintenance/Call Center............... | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. FAIR Reporting Expenses | | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 17 | **DC & State Tax Payments** | | | |
| Line 18 | **No. of Claims:** | | | |
| Line 18a | # of Claims Received This Reporting Period............................................... | | | |
| Line 18b | # of Claims Received Since Inception of Fund.......................................... | | | |
| Line 19 | **No. of Claimants/Investors:** | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period............................. | | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund........................... | | | |

Receiver:
By: _[signature]_
(signature)

Thomas W. McNamara
(printed name)

Receiver
(title)

8/24/2020
(date)